UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE AVANT,<br><br>    Plaintiff,<br><br>    v.<br><br>VXL ENTERPRISES, ET AL.,<br><br>    Defendants.<br><br><br>JOHNNYE DUFF, ET AL.,<br><br>    Plaintiffs,<br><br>    v.<br><br>VXL ENTERPRISES, ET AL.,<br><br>    Defendants. | Case No.: 4:21-cv-2016-YGR<br><br>ORDER RE NOTICE OF CLASS ACTION SETTLEMENT |

On March 21, 2023, the parties filed a notice of class-wide settlement. (Dkt. No. 121.) Parties requested we set a thirty-day deadline to file a motion for preliminary approval. In light of the foregoing, the parties shall either file a motion for preliminary approval of class-wide settlement or a short update explaining why the motion for preliminary approval is delayed **five (5) business days prior to the compliance deadline.**

The Court SETS a compliance deadline for Friday, May 12, 2023, on the Court's 9:01 a.m calendar. All compliance deadlines are decided on the papers and personal appearances are not necessary. If compliance is complete, the compliance deadline will be taken off the calendar. All other pending deadlines are **VACATED.**

IT IS SO ORDERED.

Date:      3/30/2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE